**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH F. KELLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. A-06-CA-112-SS |
| | § | |
| | § | |
| OFFICEMAX INCORPORATED, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Joseph F. Kelly, and Defendant, OfficeMax Incorporated, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). In support, the parties would show as follows:

1. The parties have reached a settlement agreement in this matter that resolves all claims between them.

2. The parties stipulate that the Court dismiss with prejudice all of the claims and causes of action alleged or that could have been alleged by Plaintiff against Defendant in the lawsuit.

3. The parties further stipulate that each party will pay its own costs and fees.

4. This dismissal is with prejudice.

Respectfully submitted,

_____
Geoffrey D. Weisbart
Texas Bar No. 21102645
Ellen Yeager Navarre
Texas Bar No. 24003217
HANCE SCARBOROUGH WRIGHT WOODWARD &
WEISBART
111 Congress Avenue, Suite 500
Austin, Texas 78701
512.479.888
512.482.6891 facsimile

ATTORNEY OF RECORD FOR JOSEPH F. KELLY

_____
Scott Brutocao
Texas Bar No. 24025781
Robert Chance
Texas Bar No. 24036348
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
512.344.4700
512.344.4701 facsimile

ATTORNEYS FOR OFFICEMAX INCORPORATED